BRONSON LAW OFFICES, P.C.
H. Bruce Bronson
*Proposed Counsel for the Debtor
and Debtor-in-Possession*
480 Mamaroneck Ave.
Harrison, NY 10528
914-269-2530 (tel.)
888-908-6906 (fax)
hbbronson@bronsonlaw.net

**PRESENTMENT DATE AND TIME:**
**September 25, 2023, at 12:00 NOON**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

ACQUAFREDDA ENTERPRISES, LLC

Case No. 23-11064 (MG)

Chapter 11

              Debtor.
------------------------------------------------------------x

### NOTICE OF PRESENTMENT OF ORDER ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF AND OPPORTUNITY FOR HEARING

PLEASE TAKE NOTICE that upon the annexed application of Acquafredda Enterprises, LLC, the undersigned will present the attached proposed order to the Honorable Chief Judge Martin Glenn, United States Bankruptcy Judge for the Southern District of New York, for signature on **September 25, 2023, at 12:00 noon.**

PLEASE TAKE FURTHER NOTICE that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least seven days before the date of presentment, there will not be a hearing and the order may be signed.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The

moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: Harrison, NY
       August 29, 2023

**BRONSON LAW OFFICES, P.C.**

/s/ *H. Bruce Bronson*
H. Bruce Bronson, Esq.

BRONSON LAW OFFICES, P.C.
H. Bruce Bronson
*Proposed Counsel for the Debtor*
*and Debtor-in-Possession*
480 Mamaroneck Ave.
Harrison, NY 10528
914-269-2530 (tel.)
888-908-6906 (fax)
hbbronson@bronsonlaw.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

                                                                        Case No. 23-21064 (MG)

ACQUAFREDDA ENTERPRISES, LLC

                                                                         Chapter 11

                        Debtor.
------------------------------------------------------------x

**APPLICATION FOR ORDER ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM AND APPROVING THE FORM AND MANNER OF <u>NOTICE THEREOF</u>**

TO:    HONORABLE MARTIN GLENN
         CHIEF U.S. BANKRUPTCY JUDGE:

In support of its application seeking an Order setting the last date for the filing of claims in this chapter 11 case, Acquafredda Enterprises, LLC., the above captioned debtor and debtor-in-possession (the "Debtor"), by its attorneys, Bronson Law Offices, P.C., respectfully represents and sets forth as follows:

1.     On July 5, 2023 (the "Filing Date"), the Debtor filed a voluntary petition under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code").

2. The Debtor has remained in possession of its assets and property pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

3. No trustee or examiner has been appointed in this matter.

4. The Debtor respectfully submits that it is necessary that an Order be made and entered by this Court fixing a date by which certain claims must be filed by the holders thereof.

5. In order for the Debtor to properly proceed with a plan of reorganization, it is likewise necessary that creditors be advised that they must file their claims by a specific time. In that regard, the Debtor respectfully submits that a Bar Order is essential for proper administration of this case.

6. It is requested that the Court enter the proposed Order annexed as **Exhibit A** (the "Proposed Bar Order"). The Proposed Bar Order provides that all claims as defined in Section 101(5) of the Bankruptcy Code, other than those specifically excepted by the Proposed Bar Order, shall be filed with this Court, in writing, substantially in conformity with Official Bankruptcy Form No. 410 on or before **November 9, 2023 (**the "Bar Date"), at the Office of the Clerk of the Bankruptcy Court. The Proposed Bar Order further provides that claims already filed or listed in the Debtor's schedules as not being contingent, disputed or un-liquidated are excepted from the provisions of said Order and are not required to be filed before the Bar Date, as are claims of professionals duly retained pursuant to order of retention signed by the Court. In addition, claims of governmental units under 11 U.S.C. § 507(a)(8) shall also be excepted from this provision in accordance with 11 U.S.C. § 502(b)(9).

7. Finally, the Proposed Bar Order provides that a notice substantially in the form annexed hereto as **Exhibit B** shall be mailed by regular mail on or before a date to be fixed by the Court to all persons who are believed to have claims of any kind against the Debtor, including: (i) parties listed in the schedules filed by the Debtor; (ii) all parties filing notices of

appearance; (iii) the Debtor's taxing authorities; and (iv) the Office of the United States Trustee, so that those entities entitled to notice shall receive at least thirty-five (35) days' notice of the Bar Date. It is respectfully requested that the form of notice also be approved.

8. No prior request for the relief sought has been previously made.

**WHEREFORE**, the Debtor respectfully requests that (1) the Court fix the Bar Date, and (2) that the Proposed Bar Order with the attached Notice be entered, together with such other and further relief as this Court may deem just and proper under the circumstances.

Dated: Harrison, NY
August 29, 2023

**BRONSON LAW OFFICES, P.C.**

/s/ *H. Bruce Bronson*
H. Bruce Bronson, Esq.