UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

Acquafredda Enterprises, LLC,

                              Debtor.
---------------------------------------------------------x

Case No. 23-11064-mg

Chapter 11

## NOTICE OF HEARING ON MOTION TO DISMISS CASE

**PLEASE TAKE NOTICE** that upon the annexed motion (the "Motion") of ACQUAFREDDA ENTERPRISES, LLC, the above referenced debtor (the "Debtor") by and through its counsel, Bronson Law Offices, P.C., seeks an Order Dismissing Chapter 11 Proceedings pursuant to Bankruptcy Code §§1112(b) and 305(a) of Title 11, United States Code, as amended (the "Bankruptcy Code"), the annexed order will be heard by the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, New York, NY 10004 on February 6, 2025 at 2:00pm.

**PLEASE TAKE FURTHER NOTICE** that this hearing will be held remotely via Zoom for Government. All parties intending to appear must sign up to attend the hearing using the eCourt Appearances tool **by 4PM one business day before** the scheduled hearing. Please see Judge Glenn's chambers page on the Court website for information on how to make an eCourt Appearance and the link to do so: https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn. There are two new tabs next to the Chamber's Rules, Calendars and Opinions tabs. You can also go to: https://www.nysb.uscourts.gov/ecourt-appearances.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, should be filed and served upon the undersigned seven (7) days prior to the hearing date with a copy delivered to the Bankruptcy Judge's Chambers, on or before the hearing date. In the event that there are no objections, the proposed order may be entered.

| | |
|---|---|
| Dated:  Harrison, New York<br>January 2, 2025 | BRONSON LAW OFFICES, P.C.<br>By: */s/H. Bruce Bronson*<br>H. Bruce Bronson, Esq.<br>480 Mamaroneck Avenue<br>Harrison, New York 10528<br>Telephone: (877) 385-7793<br>Fax: (888) 908-6906 |