UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

Acquafredda Enterprises, LLC,

Case No.: 23-11064 (MG)

Chapter 11

Debtor.

-----------------------------------------------------x

**ORDER DISMISSING THE DEBTOR'S CHAPTER 11 CASE
AND GRANTING RELATED RELIEF**

Upon the Motion (the "Motion") of the above captioned debtor and debtor-in-possession (the "Debtor"), pursuant to Bankruptcy Code sections 105(a), 305(a) and 1112(b) and Bankruptcy Rules 1017(a) seeking an order dismissing the Debtor's Chapter 11 Case and granting related relief; and the Court having subject matter jurisdiction to consider and determine the Motion and to grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409 and it appearing that due and sufficient notice of the Motion has been given; and there being no objections to the relief sought in the Motion; and upon the filing of a certificate of no objection [ECF dkt. 79] dated February 5, 2025, and all of the prior proceedings held in this case; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted to the extent provided for herein.

2. Pursuant to sections 1112(b) and 305(a) of the Bankruptcy Code, the Case is dismissed effective as of the entry of this Order.

1

3. Within 10 days of the entry of this Order the Debtor shall pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6) and any applicable interest pursuant to 31 U.S.C. § 3717 and simultaneously provide to the United States Trustee and file on the docket the required operating report or an appropriate affidavit indicating the cash disbursements for the relevant period.

4. All prior orders of this Court entered in the case shall remain in full force and effect and survive the dismissal of the Case, with the Court retaining jurisdiction to enforce the same and to enforce the terms or implantation of this Order.

5. To the extent applicable, Rules 6004(h) and 6006(d) of the Federal Rules of Bankruptcy Procedure are waived and this Order shall be effective and enforceable immediately upon entry.

6. The Debtor is authorized to take any and all actions necessary to effectuate the relief granted pursuant to this Order.

**IT IS SO ORDERED.**

Dated:    February 6, 2025
         New York, New York                              /s/Martin Glenn
                                                     The Honorable Martin Glenn
                                                     United States Bankruptcy Judge