**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

| | |
|---|---|
| IN RE: Acquafredda Enterprises, LLC | CASE NO.: 23–11064–mg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 13–4038551 | CHAPTER: 11 |

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Martin Glenn in this Chapter 11 case.

Acquafredda Enterprises, LLC was dismissed from the case on February 6, 2025 .

Dated: February 6, 2025                                                      Vito Genna
                                                                             Clerk of the Court